UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-21859-CIV-JORDAN

| | |
|---|---|
| WATERCASTLE ONE, LLC | ) |
| Plaintiff | ) ) |
| vs. | ) |
| TRG SUNNY ISLES V, LTD., TRG SUNNY ISLES V, LLC, and CHICAGO TITLE INSURANCE COMPANY | ) ) ) ) ) |
| Defendants | |

### Order of Partial Dismissal

Pursuant to the joint stipulation of dismissal without prejudice as to defendant Chicago Title Insurance Company [D.E. 21], the claims against Chicago Title Insurance Company are DISMISSED WITHOUT PREJUDICE.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of September, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record